UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-22710-ASG

UNITED STATES OF AMERICA, et al.,

    Plaintiff,

v.

ASTALDI CONSTRUCTION CORPORATION,
*et al.*,

    Defendants.
_____/

**ORDER CLOSING CASE UPON**
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE is before the Court upon Relator Plaintiffs' Notice of Voluntary Dismissal Without Prejudice **[ECF No. 25]** and the United States' consent to the same **[ECF No. 27]**. Having reviewed the Notice, record, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that:

1. This case is DISMISSED WITHOUT PREJUDICE.

2. All pending motions are denied as MOOT and all hearings are CANCELLED.

3. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of November, 2011.

                                                                              _____
                                                                        THE HONORABLE ALAN S. GOLD
                                                                        UNITED STATES DISTRICT JUDGE

cc:    Counsel of record